IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FMC CORPORATION/AGRICULTURAL PRODUCTS GROUP | : | |
| | : | |
| v. | : | CIVIL NO. L-00-1172 |
| | : | |
| HOME PARAMOUNT PEST CONTROL COMPANIES, INC. | : | |
| | : | |
| HOME PARAMOUNT PEST CONTROL COMPANIES, INC. | : | |
| | : | |
| v. | : | CIVIL NO. L-98-2533 |
| | : | |
| FMC CORPORATION/AGRICULTURAL PRODUCTS GROUP | : | |

ORDER

As described in this Court's Order of March 20, 2000, case L-00-1172 has been transferred from the Eastern District of Pennsylvania to this Court. The parties and facts in case L-98-2533 are identical to those L-00-1172. In accordance with the March 20, 2000 Order, the Court therefore ORDERS that L-00-1172 be ADMINISTRATIVELY CLOSED. After L-98-2533 has been resolved, L-00-1122 will be re-opened and disposed of similarly.

IT IS SO ORDERED this 11th day of May, 2000.

Benson Everett Legg
United States District Judge