```
____FILED  ____ENTERED
____LODGED ____RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN 0 6 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| FMC CORPORATION/ AGRICULTURAL PRODUCTS GROUP, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. L-00-1172 |
| v. | * | |
| HOME PARAMOUNT PEST CONTROL COMPANIES, INC. | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF APPEARANCE

To The Clerk:

Please withdraw the appearance of J. David Smith, Esquire on behalf of the Defendant in the above-captioned matter.

Respectfully submitted,

By: _____ # 25743
Ronald M. Cherry (Fed ID No. 07927)
McGuire, Woods, Battle & Boothe LLP
Suite 1000
7 Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 659-4410

```
____FILED  ____ENTERED
____LODGED ____ED
```

JUN 1 5 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

APPROVED THIS 14TH DAY OF June, 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I, RONALD M. CHERRY, hereby certify that a true and correct copy of the foregoing **Withdrawal of Appearance** was served this 5th day of June 2000, upon the following, service as indicated:

### UNITED STATES MAIL, POSTAGE PREPAID:

Wayne A. Graver, Esquire
Regina Cohen, Esquire
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Penn Mutual Tower, Suite 1000
510 Walnut Street
Philadelphia, PA   19106

By: _____
Ronald M. Cherry

\\LAB\227974.1