IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FMC CORPORATION/AGRICULTURAL :
PRODUCTS GROUP                :
                              :
    v.                        :     CIVIL NO. L-00-1172
                              :
HOME PARAMOUNT PEST CONTROL   :
COMPANIES, INC.               :

HOME PARAMOUNT PEST CONTROL   :
COMPANIES, INC.               :
                              :
    v.                        :     CIVIL NO. L-98-2533
                              :
FMC CORPORATION/AGRICULTURAL  :
PRODUCTS GROUP                :

## ORDER

It is hereby ORDERED this _____ day of _____, 2001, that the above cases are hereby dismissed with prejudice. *The Clerk shall close both cases. Procedurally, case #L-00-1172 must be reopened and then dismissed with prejudice.*

_____
The Honorable Benson Everett Legg

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JAN 2 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY



\\COM\45543.1